**The Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELISSA GANNON,<br><br>              Plaintiff,<br><br>        v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>              Defendant. | Case No. 3:24-cv-05420-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT GEICO ADVANTAGE INSURANCE COMPANY** |

Based on the foregoing Stipulation it is hereby ORDERED:

1. Alfred E. Donohue and Katherine B. White of Wilson Smith Cochran Dickerson are withdrawn as counsel for Defendant GEICO Advantage Insurance Company;

2. Thomas Lether, Sam Colito, and Ellen McGraw of Lether Law Group are Counsel of Record for Defendant GEICO Advantage Insurance Company; and

3. All future notices, motions, pleadings, and other papers, exclusive of process, will be served upon Thomas Lether, Sam Colito, and Ellen McGraw at Lether

ORDER GRANTING STIPULATED MOTION TO WITHDRAWAL AND SUBSTITUTE COUNSEL – 1
CAUSE NO.: 3:24-cv-05420-BJR

LETHER LAW GROUP
1848 W‍ESTLAKE A‍VENUE N, S‍UITE 100
S‍EATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

Law Group, 1848 Westlake Avenue N., Suite 100, Seattle, WA 98109.

Dated this 30th day of September, 2024.

*Barbara J. Rothstein*
Honorable Barbara J. Rothstein

Presented By:

WILSON SMITH COCHRAN DICKERSON

*/s/Alfred E. Donohue*
Alfred E. Donohue, WSBA # 32774
*/s/Katherine B. White*
Katherine B. White, WSBA #46649
1000 Second Avenue, Suite 2050
Seattle, WA 98104-3629
P: (206) 623-4100/ F: (206) 623-9273
donohue@wscd.com
white@wscd.com
*Former Counsel for Defendant GEICO Advantage Insurance Company*

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ Sam Colito*
Sam Colito, WSBA #42529
*/s/ Ellen McGraw*
Ellen McGraw, WSBA #60240
1848 Westlake Ave. N., Suite 100
Seattle, WA 98109
P: (206) 467-5444/ F: (206) 467-5544
scolito@letherlaw.com
emcgraw@letherlaw.com
*Substituting Counsel for Defendant GEICO Advantage Insurance Company*

ORDER GRANTING STIPULATED MOTION TO WITHDRAWAL AND SUBSTITUTE COUNSEL – 2
CAUSE NO.: 3:24-cv-05420-BJR

LETHER LAW GROUP
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544