UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MELISSA GANNON,<br>Plaintiff,<br>v.<br>GEICO ADVANTAGE INSURANCE COMPANY,<br>Defendant. | Case No. 3:24-cv-05420-JHC<br>**ORDER GRANTING STIPULATED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL FOR DEFENDANT GEICO ADVANTAGE INSURANCE COMPANY** |

Based on the Stipulation at Dkt. # 34, it is hereby ORDERED:

1. Sam Colito and Ellen McGraw of Lether Law Group are withdrawn as counsel for Defendant GEICO Advantage Insurance Company;

2. Rory W. Leid, III and Michaela A. Banchero of Wathen Leid Hall Rider, P.C. are Counsel of Record for Defendant GEICO Advantage Insurance Company; and

3. All future notices, motions, pleadings, and other papers, exclusive of process, will be served upon Rory W. Leid, III and Michaela A. Banchero of Wathen Leid Hall Rider, P.C., at 222 Etruria Street, Seattle, WA 98109.

//

Dated this 24th day of September, 2026.

John H. Chun

John H. Chun
United States District Judge