UNITED STATES DISTRCIT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MELISSA GANNON,<br>Plaintiff,<br>v.<br>GEICO ADVANTAGE INSURANCE COMPANY,<br>Defendants. | No. 3:24-cv-05420-JHC<br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br>***(Clerk's Action Required)*** |

TO: The Clerk of the United States District Court for the Western District of Washington;

AND TO: All Parties and Counsel of Record.

**IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their respective counsel of record, that all of Plaintiff MELISSA GANNON (hereinafter "Plaintiff"), claims against Defendant GECIO ADVANTAGE INSURANCE COMPANY, (hereinafter "Defendant") have been fully satisfied, compromised and settled, and the same may be dismissed with prejudice and without attorney's fees and costs.

//

DATED this 10th day of November 2026.

**WATHEN | LEID | HALL | RIDER, P.C.**

*s/ Michaela A. Banchero* ______
Michaela A. Banchero, WSBA #62976
Rory W. Leid, III, WSBA #25075
*Attorneys for Defendant*
222 Etruria Street
Seattle, WA 98109
Tel: (206) 622-0494 | Fax: (206) 587-2476
rleid@wlhr.legal | mbanchero@wlhr.legal

DATED this 17th day of November, 2026.

**LEGAL RESOLUTIONS PLLC**

*s/Josias Flynn (via email authorization)* ____
Josias Flynn, WSBA No. 44130
1201 Pacific Ave, Suite 600
Tacoma, WA 98402
253-203-3156
jflynn@legal-resolutions.com

**ORDER**

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that all claims brought, or that could have been brought, by Plaintiffs against Defendants in the above-captioned matter are hereby DISMISSED WITH PREJUDICE. Each party shall bear their own costs and attorneys' fees.

IT IS SO ORDERED THIS 18th day of November, 2026.

John H. Chun
United States District Judge